**Saul M. RAMIREZ, Plaintiff-Appellant,**

v.

**Susan YEARWOOD; et al., Defendants-Appellees.**

**No. 01-16895.**

United States Court of Appeals, Ninth Circuit.

Submitted July 22, 2002 *.

Decided July 29, 2002.

---

* Because the panel unanimously finds this case suitable for decision without oral argument, Appellant's request for oral argument is denied. *See* Fed. R.App. P. 34(a)(2).

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: BROWNING, KOZINSKI, and BERZON, Circuit Judges.

### MEMORANDUM **

Saul M. Ramirez, a California state prisoner, appeals pro se the district court's summary judgment for defendants in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs in violation of the Eighth Amendment. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Barnett v. Centoni,* 31 F.3d 813, 815 (9th Cir.1994) (per curiam), and affirm, *see Jackson v. McIntosh,* 90 F.3d 330, 332 (9th Cir.1996);

*Wood v. Housewright,* 900 F.2d 1332, 1334 (9th Cir.1990).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.